UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
MILTON ROMAN and                    :
ANTONIO JOHNSON,                    : CIVIL ACTION NO. 3:15-CV-2247
                                    :
         Plaintiffs,                : (JUDGE CONABOY)
                                    : (Magistrate Judge Schwab)
FEDERAL BUREAU OF PRISONS,          :
et al.,                             :
                                    :
         Defendants.                :
                                    :
```

---

**ORDER**

AND NOW, THIS 30th DAY OF SEPTEMBER 2016, FOR THE REASONS SET OUT IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:

1. The Report Recommendation (Doc. 18) is adopted in part;

2. Defendants' Motion to Dismiss Or, in the Alternative, Motion for Summary Judgment (Doc. 10), construed as a motion for summary judgement, is GRANTED IN PART and DENIED IN PART;

3. The motion is denied as to Plaintiff Roman's claims based on community prayer and prayer in the library and at continuing education classes;

4. The motion is granted in all other respects.

                                                S/Richard P. Conaboy
                                                RICHARD P. CONABOY
                                                United States District Judge